**Fill in this information to identify the case and this filing:**

Debtor Name ___San Gabriel Resources L.L.C.___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (*If known*): ___16-10433-tmd___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- [X] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- [X] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- [X] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- [X] *Schedule H: Codebtors* (Official Form 206H)

- [X] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- [ ] Amended *Schedule* ____

- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/26/2016___
MM / DD / YYYY

X ___/s/ Steven R. Foy___
Signature of individual signing on behalf of debtor

___Steven R. Foy___
Printed name

___President___
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___San Gabriel Resources L.L.C.___

United States Bankruptcy Court for the: ___Western___  District of ___Texas___
(State)

Case number (If known): ___16-10433-tmd___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Frost Bank | Checking | 5 8 3 8 | $ 1339.58 |
| 3.2. | Horizon Bank | Checking | 1 2 5 0 | $ -164.18 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1** — $ 1,175.40
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor  San Gabriel Resources L.L.C.   Case number *(if known)* 16-10433-tmd
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ 0.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➤   $_____
face amount   doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➤   $_____
face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 0.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 0.00

---

Debtor _____San Gabriel Resources L.L.C._____     Case number (if known)___16-10433-tmd____
                              Name

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor  San Gabriel Resources L.L.C.
    Name

Case number *(if known)* 16-10433-tmd

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Copier - Leased | $_____ | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  San Gabriel Resources L.L.C.                                    Case number (if known)  16-10433-tmd
_____
Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**                                                                                  $ **0.00**
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor   San Gabriel Resources L.L.C.
        Name

Case number *(if known)* 16-10433-tmd

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  San Gabriel Resources L.L.C.
_____
Name

Case number *(if known)* 16-10433-tmd

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Claim against Fortitude Energy, LLC  $ 11,484,884

Nature of claim  indemnity

Amount requested  $ 11,484,884

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claim against Fortitude Energy, LLC  $ unknown

Nature of claim  breach of contract

Amount requested  $ unknown

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 11,484,884

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor     San Gabriel Resources L.L.C.9
_____
Name

Case number *(if known)*   16-10433-tmd
_____

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,175.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................... ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 11,484,884 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 11,486,059.40 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $ 11,486,059.40 |

**Fill in this information to identify the case:**

Debtor name __San Gabriel Resources L.L.C.__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): __16-10433-tmd__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | San Gabriel Resources L.L.C. |
| United States Bankruptcy Court for the: | Western _____ District of _Texas_ |
| | (State) |
| Case number (If known) | 16-10433-tmd |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor   San Gabriel Resources L.L.C.                    Case number (if known)   16-10433-tmd
         Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Safety Services Inc. d/b/a

American Production Services

P.O. Box 12874

Odessa, TX 79768-2874

As of the petition filing date, the claim is: $ 82,607.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Anderson Perforating, Ltd.

Albany, TX 76430-8030

As of the petition filing date, the claim is: $ 10,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Apollo Perforators, Inc.

P.O. Box 12940

Odessa, TX 79768-2940

As of the petition filing date, the claim is: $ 287,280.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Arnold Oil Company Fuels, LLC

5909 Burleson Rd.

Austin, TX 78744

As of the petition filing date, the claim is: $ 24,425.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

BDA Equipment Rental, LLC

P.O. Box 1439

Monahans, TX 79756-1439

As of the petition filing date, the claim is: $ 383,340.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

GCI, Inc., d/b/a Sweatt Construction

720 S. Texaco Rd.

Hobbs, NM 88240

As of the petition filing date, the claim is: $ 1,407,598.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014XXX

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____ Case number _(if known)_ 16-10433-hcm
Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**

Gel Technologies LLC

P.O. Box 51438

Midland, TX 79710-1438

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 34,539.69

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Grady's Western Supply Co., Inc.

P.O. Box 1287

McCamey, TX 79752-1287

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 125,636.88

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

H&H Flowback Services, LLC

506 Crane

Wickett, TX 79788

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 612,296.82

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Monahans Electric

701 Tradewinds Blvd.

Midland, TX 79706-2892

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 14,816.11

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Newpark Drilling Fluids LLC

9320 Lakeside Blvd., Suite 100

The Woodlands, TX 77381-1211

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 397,996.57

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Sandridge Resources LLC

Name

Case number *(if known)*    16-10433-tmd

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**   **Nonpriority creditor's name and mailing address**

O-Tex Pumping, LLC

7045 N. Highway 81

Duncan, OK 73533-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 200,345.99

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**   **Nonpriority creditor's name and mailing address**

Pason Systems USA Corp.

16035 Table Mountain Pkwy

Golden, CO 80403-1642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,964.37

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**

ProPetro Services, Inc.

P.O. Box 873

Midland, TX 79702-0873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 393,596.58

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**

Ready Drill, LLC

1601 S. Stockton Ave.

Monahans, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71,782.00

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**

Ryan Drilling, LLC d/b/a O'Ryan Drilling

One Mission Blvd.

Odessa, TX 79765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 604,675.10

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____ 433 and REsource LLC _____  Case number _(if known)_ 16-10433-tmd
      Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**
Schlumberger Technology

1200 Enclave Pkwy #MD323

Houston, TX 77077-1764

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 243,475.50

---

**3.18** | **Nonpriority creditor's name and mailing address**
Smith International, Inc.

16740 Hardy Rd.

Houston, TX 77032-1125

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 261,758.76

---

**3.19** | **Nonpriority creditor's name and mailing address**
TEC Well Service, Inc.

851 W. Harrison Rd.

Longview, TX 75604-5208

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 479,890.48

---

**3.20** | **Nonpriority creditor's name and mailing address**
Commerce Bank

P.O. Box 414084

Kansas City, Missouri

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** 2016

**Last 4 digits of account number** 4 0 0 8

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 15,024.9

---

**3.21** | **Nonpriority creditor's name and mailing address**
Terratek

730 Ardmore St.

Houston, TX 77054

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 129,914.13

---

5

Debtor ___Eastend Resources LLC_____ Case number _(if known)___16-10433-hdh__

Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Thomas Energy Services, LLC d/b/a

Thomas Tool, LLC

10370 Richmond Ave., Suite 650

Houston, TX 77042-4141

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 390,460.66

---

**3.23** Nonpriority creditor's name and mailing address

Viking Coil Tubing, LLC

16803 Dallas  Pkwy

Addison, TX 75001-5212

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 999,590.05

---

**3.24** Nonpriority creditor's name and mailing address

Wildcat Oil Tools, LLC

P.O. Box 50592

Midland, TX 79710-0592

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 37,360.37

---

**3.25** Nonpriority creditor's name and mailing address

William Caton Welding

1406 9th St.

Eunice, NM 88231

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 135,396.28

---

**3.26** Nonpriority creditor's name and mailing address

WTG Fuels, Inc.

P.O. Box 3514

Midland, TX 79702-3514

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 15,527.70

---

Debtor _____San Gabriel Resources LLC_____     Case number (if known)_____16-10433-tmd_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.27 Nonpriority creditor's name and mailing address**

2X Rentals, LLC

925 W. Winkler St.

Kermit, TX 79745

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 3,400.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.28 Nonpriority creditor's name and mailing address**

Alvy's Logistics

2117 W. Airport Fwy, Suite 46

Irving, TX 75062-6070

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 305,737.09

**Basis for the claim:** Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.29 Nonpriority creditor's name and mailing address**

Armstrong Gas Labs, Inc.

P.O. Box 988

Monahans, TX 79756-0988

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 108.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.30 Nonpriority creditor's name and mailing address**

Battle Energy Services

P.O. Box 7

Lovington, NM 88260-0007

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 47,436.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.31 Nonpriority creditor's name and mailing address**

Blair Tool, LLC

P.O. Box 160

Hobbs, NM 88241-0160

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,786.18

**Basis for the claim:** Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor  San Gabriel Resources LLC
Name

Case number (if known)  16-10433-tmd

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.32 Nonpriority creditor's name and mailing address
Insource Insurance Group

5108 Wayland Dr.

Odessa, TX 79762-5513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,167.10

### 3.33 Nonpriority creditor's name and mailing address
Bruce Franks Rentals, LLC

P.O. Box 315

Lockhart, TX 78644-0315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,841.25

### 3.34 Nonpriority creditor's name and mailing address
CalTex Water LLC

5820 Manchester Ln.

San Angelo, TX 76901-5020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,570.98

### 3.35 Nonpriority creditor's name and mailing address
The Cavins Corporation

1800 Bering Dr., Suite 825

Houston, TX 77057-3415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,031.31

### 3.36 Nonpriority creditor's name and mailing address
CC's Cleaning Services

13730 Ella Lee Ln.

Houston, TX 77077-5407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,800.00

Debtor    San Gabriel Resources LLC

_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

Chad's Inspection Services

P.O. Box 13873

Odessa, TX 79768-3873

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    19,904.00

---

**3.38** **Nonpriority creditor's name and mailing address**

Chapman Services, Inc.

3006 Laurel Ave.

Odessa, TX 79762

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    8,952.29

---

**3.39** **Nonpriority creditor's name and mailing address**

Corrosion Ltd.

4321 S. County Road 1290

Odessa, TX 79765-9506

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,203.23

---

**3.40** **Nonpriority creditor's name and mailing address**

Delta P Petroleum  Services

P.O. Box 2079

Midland, TX 79702-2079

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    333,354.25

---

**3.41** **Nonpriority creditor's name and mailing address**

Derrick Corporation

590 Duke Road

Buffalo, NY 14225-5102

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,702.76

---

Debtor _____  Case number *(if known)* _____
     Name

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

Diamond D Slickline Service

P.O. Box 216

Snyder, TX 79550-0216

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $ 2,582.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Double D Tong, Inc.

P.O. Box 69863

Odessa, TX 79769-0863

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $ 56,147.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Down Hole Inspection

P.O. Box 274

Monahans, TX 79756-0274

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $ 4,447.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Ellison Fluid Calipers LLC

7 Casa Loma

Odessa, TX 79765-8954

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $ 3,425.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

F&C Transports, Inc.

P.O. Box 1162

Monahans, TX 79756-1162

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $ 8,945.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____ Bandel Resources _____  Case number *(if known)* ___16-10433-tmd___
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Falcon Oilfield Services

5855 Sovereign Dr., Suite A

Houston, TX 77036-2337

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 152,940.00

---

**3.48** Nonpriority creditor's name and mailing address

Frac Tank Rentals LLC

P.O. Box 3946

Odessa, TX 79760-3946

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 364,317.51

---

**3.49** Nonpriority creditor's name and mailing address

G & K Trucking, Inc.

P.O. Box 176

Midland, TX 79702-0176

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,750.00

---

**3.50** Nonpriority creditor's name and mailing address

G & W Trucking, Inc.

P.O. Box 163

Snyder, TX 79550-0163

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,204.82

---

**3.51** Nonpriority creditor's name and mailing address

Gas Well Services, Inc.

26 E. Compress Road

Artesia, NM 88210-9215

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,500.00

---

Debtor  San Gabriel Resources LLC

Name

Case number (if known)  16-10433-tmd

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address**

GE Oil & Gas Logging Services

13000 Executive Dr.

Sugar Land, TX 77478-4506

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 11,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

GE Oil & Gas ESP, Inc.

P.O. Box 9950

Fort Myers, FL 33906-9550

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 77,688.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

Globe Production Services

8412 Wallisville Road

Houston, TX 77029-1112

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

Gray Surface Specialties

3416 W. Wall St., Suite 102

Midland, TX 79701-6700

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 15,176.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

Greenleaf Resources, inc.

P.O. Box 390

Monahans, TX 79756-0390

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 131,538.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____  Case number (if known) 16-10433-tmd
         Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address**

Gyrodata Incorporated

23000 NW Lake Drive

Houston, TX 77095-5344

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,850.00

---

**3.58** | **Nonpriority creditor's name and mailing address**

Halliburton Energy Services

3000 N. Sam Houston Pkwy E

Houston, TX 77032-3299

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,419.32

---

**3.59** | **Nonpriority creditor's name and mailing address**

Hughes Oilfield

2513 N. Mercury Ave.

Odessa, TX 79763-1922

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,168.24

---

**3.60** | **Nonpriority creditor's name and mailing address**

Jan Electric LLC

402 Technology Dr.

Bastrop, TX 78602-4304

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,278.12

---

**3.61** | **Nonpriority creditor's name and mailing address**

JWL Well Services, Inc.

P.O. Box 9455

Midland, TX 79708-9455

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 289,037.49

---

Debtor ___San Gabriel Resources LLC___ Case number (if known) __16-10433-tmd__
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

J & W Services & Equipment

4113 Fairwood Dr.

Midland, TX 79707-14302

Date or dates debt was incurred _12/2013 - 10/20141_

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☑ No
☐ Yes

$ _241,556.42K_

---

**3.63** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.64** Nonpriority creditor's name and mailing address

Kel-Tech, Inc.

20333 Blinka Rd.

Waller, TX 77484-7221

Date or dates debt was incurred _12/2013 - 10/2014_

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☑ No
☐ Yes

$ _14,780.54_

---

**3.65** Nonpriority creditor's name and mailing address

Leeson Energy Services, LLC

6901 E. Highway 80

Midland, TX 79706-4512

Date or dates debt was incurred _12/2013 - 10/2014_

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☑ No
☐ Yes

$ _115,619.32_

---

**3.66** Nonpriority creditor's name and mailing address

Lewis Casing Crews, Inc.

P.O.Box 13747

Odessa, TX 79768-3747

Date or dates debt was incurred _12/2013 - 10/2014_

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☑ No
☐ Yes

$ _27,549.50_

---

Debtor ___San Dariel Resources LLC___ Case number (if known) __16-10433-tmd___

    Name

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.67** | **Nonpriority creditor's name and mailing address**

Liberty Bit Service, Inc.

P.O. Box 69709

Odessa, TX 79769-0709

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 17,655.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

M & W Hot Oil, Inc.

P.O. Box 898

Pecos, TX 79772-0898

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 15,976.23

---

**3.69** | **Nonpriority creditor's name and mailing address**

M3P Directional Services Ltd.

P.O. Box 2552

Midland, TX 79702-2552

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 180,510.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

Mathena, inc.

601 Weir Way

fort Worth, TX 76108-2508

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 35,334.26

---

**3.71** | **Nonpriority creditor's name and mailing address**

Mitchell Analytical Lab

2638 Faudree Rd.

Odessa, TX 79765-8538

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 780.00

---

Debtor _____San Gabriel Resources, LLC_____ Case number (if known) ___16-10483-tmd___
　　　　Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.72** Nonpriority creditor's name and mailing address

MKH Transportation, Inc.

P.O. Box 1362

Snyder, TX 79550-1362

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

$ 80,000.00

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Monahans Nipple-Up Service

700 N. Loop 464

Monahans, TX 79756

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 2,725.00

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Oil Patch Water & Sewer

2407 E. Murphy St., Bldg. C

Odessa, TX

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 15,280.36

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Oil Patch Rental Services, Inc.

2407 E. Murphy St., Bldg. C

Odessa, TX

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 92,026.06

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Permian Equipment Rentals

P.O. Box 61730

Midland, TX 79711-1730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 18,359.20

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Sandel Resources, LLC_____ Case number *(if known)* __16-10433-tmd__
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**

Permian Power Tong, Inc.

P.O. Box 625

Gardendale, TX 79758-0625

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,300.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

Precision Flow, Inc.

725 N. Avenue E

Odessa, TX 79763-3161

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 130.44

---

**3.79** | **Nonpriority creditor's name and mailing address**

Pro-Test, Inc.

454 FM 1252 E

Kilgore, TX 75662-0003

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,045.20

---

**3.80** | **Nonpriority creditor's name and mailing address**

Pro Welding LLC

2414 W. 49th St.

Odessa, TX 79764-3931

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,370.43

---

**3.81** | **Nonpriority creditor's name and mailing address**

Ralph's Welding

3728 W. Smith Ln.

Hobbs, NM 88240

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 967.88

---

Debtor Sandridge Energy Resources

Name

Case number (if known) 16-10433-tmd

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.82** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 3,510.00 |

Renegade Torque and Test

156 Tri Boss

La Vernia, TX 78121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address     $ 118,290.67

RTO Sales & Leasing, Inc.

6931 E. Business 20

Odessa, TX 79762

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address     $ 119,772.50

Sanjan Hot Shot &  Transport

2626 Jon Ben Sheppard Pkwy

Odessa, TX 79761

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address     $ 11,832.00

Scientific Drilling

325 Faudree Rd.

Odessa, TX 79765

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address     $ 9,790.14

SK Supply Co.

1606 S. Regal Ave.

Odessa, TX 79763-5001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Sandridge Resources Ltd.
Name

Case number (if known)  16-10433-tmd

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

Smith Brothers Pipe

2707 E. Interstate 20

Midland, TX 79706

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,577.65

**3.88** | **Nonpriority creditor's name and mailing address**

Sooner Pipe, L.L.C.

401 S. Boston Ave., Suite 1000

Tulsa, OK 74103-4010

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 410,872.40

**3.89** | **Nonpriority creditor's name and mailing address**

Stabil Drill

2805 S. County Road 1207

Midland, TX 79706-3756

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,124.18

**3.90** | **Nonpriority creditor's name and mailing address**

Stoner Engineering LLC

1010 10th St., Suite 104

Golden, CO

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,600.00

**3.91** | **Nonpriority creditor's name and mailing address**

Suttles Logging, Inc.

P.O. Box 10725

Midland, TX 79702-7725

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109,968.50

Debtor _____ San Gabriel Resources _____
Name

Case number (if known) _____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.92** Nonpriority creditor's name and mailing address

Tejas Hot Shot Service &

13808 W. Highway 80 E

Odessa, TX 79765-9300

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 493.50

**Basis for the claim:** Trade Debt

Date or dates debt was incurred     12/2013 - 10/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.93** Nonpriority creditor's name and mailing address

Thompson Laydown LLC

P.O. Box 70190

Odessa, TX 79769-1190

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,890.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred     12/2013 - 10/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.94** Nonpriority creditor's name and mailing address

Tops, Inc.

12614 West County Rd. 91

Midland, TX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,445.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred     12/2013 - 10/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.95** Nonpriority creditor's name and mailing address

Tramco Services, Inc.

P.O. Box 13358

Odessa, TX 79768-3358

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,775.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred     12/2013 - 10/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.96** Nonpriority creditor's name and mailing address

Ulterra Drilling

420 Throckmorton St., Suite 1110

Fort Worth, TX 76102-3728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59,959.68

**Basis for the claim:** Trade Debt

Date or dates debt was incurred     12/2013 - 10/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor _____Sanchez Oil & Gas Resources_____  Case number *(if known)* __16-10433-hmd__
         Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.97** Nonpriority creditor's name and mailing address

United Vision Logistics

3210 North FM 1936

Odessa, TX 79764

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 658.18

---

**3.98** Nonpriority creditor's name and mailing address

Vaughn Energy Services

P.O. Box 261021

Corpus Christi, TX 78426-1021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 97,375.01

---

**3.99** Nonpriority creditor's name and mailing address

Wadeco Specialties, Inc.

8115 W. Industrial Ave.

Midland, TX 79706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 95,116.39

---

**3.100** Nonpriority creditor's name and mailing address

Watson Packer

600 N. Big Springs St.

Midland, TX 79701-4329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,154.19

---

**3.101** Nonpriority creditor's name and mailing address

West Texas Gas, Inc.

211 N. Colorado St.

Midland, TX 79701-4607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,518.24

---

Debtor  San Gabriel Resources LLC    Case number *(if known)* 16-10433-tmd
        Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.102** Nonpriority creditor's name and mailing address

LJA Hotshot Service

1407 W. 6th St.

Hobbs, NM 88240

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 619.00

---

**3.103** Nonpriority creditor's name and mailing address

Mendoza's Welding Service

P.O. Box 3588

Odessa, TX 79760-1388

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,360.00

---

**3.104** Nonpriority creditor's name and mailing address

Trans Pecos Trucking

2632 E. Pearl St.

Odessa, TX 79761

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 110,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor     San Gabriel Resources L.L.C.                                          Case number *(if known)*     16-10433-tmd
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | John Totz - Totz Ellison PC<br>2211 Norfolk, Suite 510<br>Houston, TX 77098 | Line 3.1<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Colton Johnson<br>316 S. 2nd Street<br>Albany, TX 76430 | Line 3.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Stewart McKeehan - Stewart McKeehan Attorney at Law, P.C.<br>617 E. 7th Street<br>Odessa, TX 79761 | Line 3.3<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | William T. Peckham and Julie A. Kuglen - Law Offices of William T. Peckham<br>1104 Nueces St., Suite 104<br>Austin, TX 78701 | Line 3.4<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Mark Threadgill - Threadgill Law Firm PLLC<br>3800 E. 42nd St., Suite 601<br>Odessa, TX 79762 | Line 3.5, 3.9 and 3.25<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Ryan J. McNeel - Brocket & McNeel LLP<br>Tgaar Tower, 24 Smith Road, Suite 400<br>Midland, TX 78705 | Line 3.6<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | William R. Sudela and Kendall M. Valenti - Crady, Jewett & McCulley LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 | Line 3.7<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Bryan D. Mackay - Atkins, Hollmann, Jones, Peacock, Lewis & Lyon<br>3800 E. 42nd St.<br>Odessa, TX 79762 | Line 3.8<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Moria Chapman - Strausburger Price<br>901 Main St., Suite 4400<br>Dallas, TX 75202 | Line 3.10<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Carl Dore, Jr, and R. Alex Weatherford - Dore Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084 | Line 3.11<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Marc R. May - Woods, May & Matlock, P.C.<br>2500 Legacy Drive, Suite 226<br>Frisco, TX 75034 | Line 3.12 and 3.16<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | William C. Boyd - Patterson, Boyd & Lowery, P.C.<br>2101 Louisiana St.<br>Houston, TX 77002 | Line 3.13<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor     San Gabriel Resources L.L.C.                                    Case number (if known)    16-10433-tmd
           _____
                    Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.12 George L. Thompson, III - Thompson & Kerby Law Offices<br>P.O. Box 65150<br>Lubbock, TX 79464 | Line 3.14<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.13 Roddy Harrison<br>P.O. Box 1908<br>Pecos, TX 79772 | Line 3.15<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.14 Holly C. Hamm - Snow Spence Green LLP<br>2929 Allen Pkwy., Suite 2800<br>Houston, TX 77019 | Line 3.17, 3.18, 13.21 and 3.22<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.15 Vance P. Freeman - Freeman Mills PC<br>2020 Bill Owens Pkwy., Suite 200<br>Longview, TX 75604 | Line 3.19<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.16 Michael G. Kelly - Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | Line ____<br>☑ Not listed. Explain Notice Only | ___ ___ ___ ___ |
| 4.17 Koy R. Kllen and DaNae Couch - Lovelace Kellen, P.L.L.C.<br>104 South Main St.<br>Burleson, TX 76028 | Line 3.23<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.18 Jason B. Hamm - Brockett & McNeel, LLP<br>24 Smith Road, Suite 400 - P.O. Box 1841<br>Midland, TX 79705 | Line 3.24<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.19 G. Will Fowler - G. William Fowler, P.C.<br>3800 E. 42nd St., Suite 600<br>Odessa, TX 79762 | Line 3.26<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.20 Tejas Bank<br>P.O. Box 140<br>Monahans, TX 79756 | Line ____<br>◩ Not listed. Explain Notice Only | ___ ___ ___ ___ |
| 4.21 Michael Peralta<br>317 S. Brand Blvd.<br>Glendale, CA 91204 | Line 3.96<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.22 Geoffrey C. Price - Law Office of Geoffrey C. Price<br>6010 Balcones Drive, Suite 100<br>Austin, TX 78731 | Line 3.41<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.23 Jason Michael Rosado - Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Rd., Suite 500<br>Houston, TX 77057 | Line 3.56<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.24 Eric Bates - Adams, London & Weiss LLC<br>P.O. Box 37428<br>Houston, Texas 77237-0428 | Line 3.59<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.25 James E. Atwood - Atwood & McCall, PLLC<br>4144 N. Central Expressway, Suite 910<br>Dallas, TX 75204 | Line 3.56<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  Oasis Petroleum LLC  Name

Case number (if known)  16-10433-tmd

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | Darrell W. Corzine - Kelly, Morgan, Dennis, Corzine & Hanson, P.C. P.O. Box 1311 Odessa, TX 79760 | Line 3.86 & 3.40 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.27 | Richard J. Judge, Jr. - Ward Law Firm 10077 Grogan's Mill Road, Suite 450 The Woodlands, TX 77380 | Line 3.69 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.28 | Lisa R. Aquino - Dore Law Group, P.C. 17171 Park Row, Suite 160 Houston, TX 77084 | Line 3.70 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.29 | Mark A. Padon - LeclairRyan 1233 West Loop S. #100 Houston, TX 77027 | Line 3.74 & 3.75 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | | Line ____ ☐ Not listed. Explain _____ | |

Debtor  San Gabriel Resources L.L.C.
_____
        Name

Case number (*if known*)_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $  0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $  11,670,804 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  11,670,804 |

**Fill in this information to identify the case:**

Debtor name    San Gabriel Resources L.L.C.

United States Bankruptcy Court for the:   Western    District of   Texas
                                                 (State)

Case number (If known):   16-10433-tmd      Chapter   7

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of copier, printer, scanner fax machine | Documentation P.O. Box 660831 Dallas, TX 75266-0831 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: San Gabriel Resources L.L.C.

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): 16-10433-tmd

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 Steven R. Foy | 2512 Matthews Dr. <br> Street <br> Austin TX 78703 <br> City State ZIP Code | WTG Fuels, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Steven R. Foy | 2512 Matthews Dr. <br> Street <br> Austin TX5 78703 <br> City State ZIP Code | Documentation | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 Fortitude Energy, LLC | 7800 N. MOPAC Expy, Suite 210 <br> Street <br> Austin TX 78759 <br> City State ZIP Code | All creditors on E/F | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _San Gabriel Resources L.L.C._

United States Bankruptcy Court for the: _Western_ District of _Texas_
(State)

Case number (If known): _16-10433-tmd_

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................. $ 11,484,983.10

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................... $ 11,484,983.10

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 line 5a of *Schedule E/F*..................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... + $ 11,674,874.50

4. **Total liabilities**...............................................................................................
    Lines 2 + 3a + 3b $ 11,674,874.50

**Fill in this information to identify the case:**

Debtor name: San Gabriel Resources L.L.C.

United States Bankruptcy Court for the: Western                     District of Texas
_(State)_

Case number (If known): 16-10433-tmd

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2016 to 4/13/2016<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 0.00 |
   | **For prior year:** | From 1/1/2015 to 12/31/2015<br>MM/DD/YYYY       MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,444,217 |
   | **For the year before that:** | From 1/1/2014 to 12/31/2014<br>MM/DD/YYYY       MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 341,313 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | | _____ | $ _____ |
   | **For prior year:** | From _____ to _____<br>MM/DD/YYYY       MM/DD/YYYY | | _____ | $ _____ |
   | **For the year before that:** | From _____ to _____<br>MM/DD/YYYY       MM/DD/YYYY | | _____ | $ _____ |

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) 16-10433-tmd |
|---|---|---|
| | Name | |

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | _____ | | ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Siete Production Company LLC | 9/17/2015 | $ 60,000 | Transfer of leasehold interest in ordinary course of business for value. |
| | Insider's name 515 Congress Ave., Suite 1950 | | | |
| | Street | | | |
| | Austin          TX          78701 | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** Insider | | | |
| 4.2. | | | $_____ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) | 16-10433-tmd |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attached Pages | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

**Debtor**       **San Gabriel Resources L.L.C.**                                    16-10433-tmd

| | Case Title | Nature of Case | Court's Name/Address | Case Number | Status |
|---|---|---|---|---|---|
| 7.1 | American Safety Services Inc. dba American Production Services v. San Gabriel Resources LLC | Non-payment of Trade Debt | Harris County Court At Law 201 Caroline Houston, Texas 77002 | 1071976 | Pending |
| 7.2 | Anderson Perforating, Ltd. v. San Gabriel Resources LLC | Non-payment of Trade Debt | 259th District Court for Shakelford County, Texas P.O. Box 507 Anson, Texas 79501 | 2015-042 | Pending |
| 7.3 | Apollo Perforators, Inc. v. San Gabriel Resources LLC | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-10-21226-CVR | Pending |
| 7.4 | Arnold Oil Company Fuels, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | Travis County Court At Law No. 1 P.O. Box 1748 Austin, Texas 78767 | C-1-CV-15-009622 | Pending |
| 7.5 | BDA Equipment Rental, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-03-23560-CVW | Pending |
| 7.6 | GCI, Inc., dba Sweatt Construction v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-05-21015-CVR | Pending |
| 7.7 | Gel Technologies LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | 11th District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-74800 | Pending |
| 7.8 | Grady's Western Supply Co., Inc. v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 14-11-20861-CVR | Pending |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Debtor**　　　**San Gabriel Resources L.L.C.**

| 7.9 | H&H Flowback Services, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-11-23758 | Pending |
|---|---|---|---|---|---|
| 7.10 | Monahans Electric v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 98th District Court for Travis County, Texas P.O. Box 1748 Austin, TX 78767 | D-1-GN-15-003469 | Pending; Agreed Judgment Entered |
| 7.11 | Newpark Drilling Fluids LLC v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 269th District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-57336 | Pending |
| 7.12 | Ryan Drilling and O-Tex Pumping, LLC v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 161st District Court for Ector County, Texas 300 North Grant, Room 316 Odessa, TX 79761 | B-139,853 | Pending |
| 7.13 | Pason Systems USA Corp. v. San Gabriel Resources LLC | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-09-21164-CVR | Pending |
| 7.14 | ProPetro Services, Inc. v. San Gabriel Resources LLC | Non-payment of Trade Debt | Midland County Court At Law 500 N. Loraine St. Suite Number 6 Midland, TX 79701 | CC18468 | Pending |
| 7.15 | Ready Drill, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | Reeves County Court At Law 100 East Fourth Street Suite 207 Pecos, Texas 79772 | 4275C | Pending |
| 7.16 | Schlumberger Technology v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 80th District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-06693 | Pending; Agreed Judgment Entered |
| 7.17 | Smith International, Inc. v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 133rd District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-06690 | Pending; Agreed Judgment Entered |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Debtor**        **San Gabriel Resources L.L.C.**

| 7.18 | TEC Well Service, Inc. v. San Gabriel Resources LLC | Non-payment of Trade Debt | 124th District Court for Gregg County, Texas 101 E. Methvin Suite 447 Longview, TX 75601 | 2015-1132-B | Pending |
|---|---|---|---|---|---|
| 7.19 | Tejas Bank v. San Gabriel Resources LLC | Non-payment of Trade Debt to Obligor of Secured Creditor | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-11-23729-CVW | Pending |
| 7.20 | Terratek v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 157th District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-06703 | Pending; Agreed Judgment Entered |
| 7.21 | Thomas Energy Services, LLC dba Thomas Tools, LLC v. San Gabriel Resources LLC, et al. | Non-payment of Trade Debt | 334th District Court for Harris County, Texas 201 Caroline Houston, Texas 77002 | 2015-06734 | Pending; Agreed Judgment Entered |
| 7.22 | Viking Coil Tubing, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | 143rd District Court for Reeves County, Texas 400 S. Allen, Suite 200 Monahans, Texas 79756 | 15-03-20948-CVR | Pending; Agreed Judgment Entered |
| 7.23 | Wildcat Oil Tools, LLC v. San Gabriel Resources LLC | Non-payment of Trade Debt | Midland County Court At Law 500 N. Loraine St. Suite Number 6 Midland, TX 79701 | CC18300 | Pending |
| 7.24 | William Caton Welding v. San Gabriel Resources LLC | Non-payment of Trade Debt | 104th District Court for Taylor County, Texas 300 Oak St. Suite 402 Abilene, TX 79602 | 26531-B | Pending |
| 7.25 | WTG Fuels, Inc. v. San Gabriel Resources, LLC, et. al | Non-payment of Trade Debt | County Court at Law No. 2 for Midland County, Texas 500 N. Loraine St. Suite Number 6 Midland, TX 79701 | CC18189 | Pending |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor     San Gabriel Resources LLC
           _____     Case number (*if known*)___16-10433-tmd_____
           Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City        State        ZIP Code | _____ | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City        State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | _____ | | $_____ |
| | Street | _____ | | |
| | City        State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

Debtor    San Gabriel Resources L.L.C.                    Case number (if known)  16-10433-tmd
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Locke Lord LLP | _____ | 4/22/15 | $192,551.50 |
| **Address** | _____ | 5/29/15 | |
| 600 Congress Ave., Suite 200 | | 7/29/15 | |
| Street | | | |
| Austin          TX    78701 | | 9/21/15 | |
| City            State   ZIP Code | | | |
| **Email or website address** | | 10/21/15 | |
| www.lockelord.com | | 4/11/16 | |
| **Who made the payment, if not debtor?** | | 4/13/16 | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City            State   ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor  San Gabriel Resources L.L.C.

Name

Case number (*if known*) 16-10433-tmd

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Steven R. Foy | Distribution and loan repayment | 3/4/2015 | $ 523,700 |
| | | | 3/6/2015 | |
| | **Address** | | 2/25/2015 | |
| | 2512 Matthews Dr. | | | |
| | Street | | | |
| | Austin          TX   78703 | | | |
| | City                  State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Member | | | |
| 13.2. | Who received transfer? | Contract payment for indemnity | Around 2/24/2015 | $ 500,000 |
| | Fortitude Energy , LLC | Leasehold interests for indemnity | Around 2/24/2015 | Unknown Value |
| | **Address** | | | |
| | 7800 N. Mopac Expy., Suite 210 | | | |
| | Street | | | |
| | Austin          TX   78759 | | | |
| | City                  State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Co-debtor | | | |

### Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 401 Congress Ave., Suite 2900 | | From 03/2013 | To 03/2015 |
| | Street | | | |
| | Austin          TX   78701 | | | |
| | City                  State        ZIP Code | | | |
| 14.2. | 515 Congress Ave., Suite 1950 | | From 03/2015 | To 04/2016 |
| | Street | | | |
| | Austin          TX   78701 | | | |
| | City                  State        ZIP Code | | | |

**Debtor:**     **San Gabriel Resources L.L.C.**                    16-10433-tmd

| | **Who received transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date Transfer was made** | **Total Amount or Value** |
|---|---|---|---|---|
| 13.3 | Raptor Resources, Inc. 207 San Jacinto Blvd. Suite 300 Austin, TX 78701 | 60% interest in leasehold interest in Fannin County, Texas | 2/24/2015 | $2,557,872.00 |
| | | | | |

**State of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    **Page 6-1**

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) | 16-10433-tmd |
|---|---|---|---|
| | Name | | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?

  ☐ No

  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

  Has the plan been terminated?

  ☐ No

  ☐ Yes

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) | 16-10433-tmd |
|---|---|---|---|
| | Name | | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    San Gabriel Resources L.L.C.
          _____          Case number (*if known*)_16-10433-tmd_
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor  San Gabriel Resources L.L.C.
_____
Name

Case number (*if known*) 16-10433-tmd
_____

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State     ZIP Code | | From _____  To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State     ZIP Code | | From _____  To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State     ZIP Code | | From _____  To _____ |

---

Debtor __San Gabriel Resources L.L.C.__
Name

Case number *(if known)* __16-10433-tmd__

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Noemi Pena** <br> Name <br> **9221 Ovalla Dr.** <br> Street <br><br> **Austin**  **TX**  **78749** <br> City  State  ZIP Code | From __3/2013__  To __3/2016__ |
| 26a.2. <br> Name <br> Street <br><br> City  State  ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Paula A. Wendling** <br> Name <br> **221 West Sixth Street** <br> Street <br><br> **Austin**  **TX**  **78701** <br> City  State  ZIP Code | From __3/2013__  To __3/2016__ |
| 26b.2. <br> Name <br> Street <br><br> City  State  ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Paula A. Wendling** <br> Name <br> **221 West Sixth Street** <br> Street <br><br> **Austin**  **TX**  **78701** <br> City  State  ZIP Code | _____ <br> _____ <br> _____ |

Debtor    San Gabriel Resources L.L.C.                                  Case number (if known) 16-10433-tmd
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____     _____
       Name

       _____     _____
       Street

       _____
       City                State      ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
       Name

       _____
       Street

       _____
       City                State      ZIP Code

| Name and address |
|---|

26d.2. _____
       Name

       _____
       Street

       _____
       City                State      ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____
      City                State      ZIP Code

Debtor San Gabriel Resources L.L.C.
_____
Name

Case number (*if known*) 16-10433-tmd
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.
_____
Name

_____
Street

_____
City                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven R. Foy | 801 W. Fifth St. #2706<br>Austin, Texas 78703 | Managing Member | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____<br>City          State      ZIP Code | | _____ | |
| Relationship to debtor<br>_____ | | _____ | |

Debtor  San Gabriel Resources L.L.C.
_____
Name

Case number *(if known)* __16-10433-tmd__

---

**Name and address of recipient**

30.2  _____
Name

_____
Street

_____

_____
City                    State        ZIP Code

**Relationship to debtor**

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __4/26/2016__
                MM  / DD  / YYYY

✖   /s/ Steven R. Foy                            Printed name    Steven R. Foy
_____                        _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western _____ District Of _____ Texas _____

In re   San Gabriel Resources LLC

Case No. ___16-10433-tmd___

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _192,551.50_

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _192,551.50_

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____0.00____

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

   Pre-petition defense of litigation involving San Gabriel Resources LLC in over two-dozen lawsuits.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

7. Explanation of Fees: A substantial portion of the fees disclosed were incurred in defense of the over two-dozen lawsuits that have been filed against San Gabriel Resources, LLC.  Those fees are being disclosed in connection with this bankruptcy because those fees were incurred in defense of claims made by creditors of San Gabriel Resources, LLC.

The legal fees I have agreed to accept for services provided to San Gabriel Resources, LLC directly related to this bankruptcy case are in the amount of $5,000.00. These fees have been accepted, and there is a $0.00 outstanding balance due.

<table>
<tr><td>

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  4/26/16                            /s/ Berry D. Spears                   
*Date*                                    *Signature of Attorney*

                                    Locke Lord LLP            
                                    *Name of law firm*

</td></tr>
</table>