**Fill in this information to identify the case and this filing:**

Debtor Name ___San Gabriel Resources L.L.C.___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (*If known*): ___16-10433-tmd___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* ___206___ E/F and 206Sum

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/4/2016___          ✖ ___/s/ Steven R. Foy___
MM / DD / YYYY          Signature of individual signing on behalf of debtor

___Steven R. Foy___
Printed name

___President___
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor ___San Gabriel Resources L.L.C.___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number ___16-10433-tmd___
(If known)

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor San Gabriel Resources L.L.C.      Case number (if known) 16-10433-tmd

Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

American Safety Services Inc. d/b/a

American Production Services

P.O. Box 12874

Odessa, TX 79768-2874

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 82,607.75

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**

Anderson Perforating, Ltd.

Albany, TX 76430-8030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 10,000.00

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**

Apollo Perforators, Inc.

P.O. Box 12940

Odessa, TX 79768-2940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 287,280.22

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**

Arnold Oil Company Fuels, LLC

5909 Burleson Rd.

Austin, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 24,425.88

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**

BDA Equipment Rental, LLC

P.O. Box 1439

Monahans, TX 79756-1439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 383,340.73

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**

GCI, Inc., d/b/a Sweatt Construction

720 S. Texaco Rd.

Hobbs, NM 88240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 1,407,598.18

**Date or dates debt was incurred** 12/2013 - 10/2014XXX

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____
Name

Case number *(if known)* 16-10433-tmd

## Part 2: | Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** **Nonpriority creditor's name and mailing address**

Gel Technologies LLC

P.O. Box 51438

Midland, TX 79710-1438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 34,539.69

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Grady's Western Supply Co., Inc.

P.O. Box 1287

McCamey, TX 79752-1287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 125,636.88

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

H&H Flowback Services, LLC

506 Crane

Wickett, TX 79788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 612,296.82

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Monahans Electric

701 Tradewinds Blvd.

Midland, TX 79706-2892

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 14,816.11

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Newpark Drilling Fluids LLC

9320 Lakeside Blvd., Suite 100

The Woodlands, TX 77381-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 397,996.57

Date or dates debt was incurred 12/2013 - 10/2014

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Sam Caldwell Resources     Case number *(if known)*   16-10432-tmd

    Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.12** | **Nonpriority creditor's name and mailing address**

O-Tex Pumping, LLC

7045 N. Highway 81

Duncan, OK 73533-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 200,345.99

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

Pason Systems USA Corp.

16035 Table Mountain Pkwy

Golden, CO 80403-1642

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

$ 43,964.37

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

ProPetro Services, Inc.

P.O. Box 873

Midland, TX 79702-0873

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

$ 393,596.58

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

Ready Drill, LLC

1601 S. Stockton Ave.

Monahans, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

$ 71,782.00

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

Ryan Drilling, LLC d/b/a O'Ryan Drilling

One Mission Blvd.

Odessa, TX 79765

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

$ 604,675.10

**Date or dates debt was incurred**   12/2013 - 10/2014

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor _____
       San Antonio Exploration, LLC
       Name

Case number (if known) _16-10433-tmd_

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**

Schlumberger Technology

1200 Enclave Pkwy #MD323

Houston, TX 77077-1764

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _Trade Debt_

$ 243,475.50

**Date or dates debt was incurred** _12/2013 - 10/2014_

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Smith International, Inc.

16740 Hardy Rd.

Houston, TX 77032-1125

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

$ 261,758.76

**Date or dates debt was incurred** _12/2013 - 10/2014_

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

TEC Well Service, Inc.

851 W. Harrison Rd.

Longview, TX 75604-5208

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

$ 479,890.48

**Date or dates debt was incurred** _12/2013 - 10/2014_

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Commerce Bank

P.O. Box 414084

Kansas City, Missouri

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit Card Debt_

$ 15,024.9

**Date or dates debt was incurred** _2016_

**Last 4 digits of account number** _4_ _0_ _0_ _8_

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

Terratek

730 Ardmore St.

Houston, TX 77054

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

$ 129,914.13

**Date or dates debt was incurred** _12/2013 - 10/2014_

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
        Name

Case number (if known) _____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

### 3.22

**Nonpriority creditor's name and mailing address**

Thomas Energy Services, LLC d/b/a

Thomas Tool, LLC

10370 Richmond Ave., Suite 650

Houston, TX 77042-4141

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 390,460.66

### 3.23

**Nonpriority creditor's name and mailing address**

Viking Coil Tubing, LLC

16803 Dallas  Pkwy

Addison, TX 75001-5212

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 999,590.05

### 3.24

**Nonpriority creditor's name and mailing address**

Wildcat Oil Tools, LLC

P.O. Box 50592

Midland, TX 79710-0592

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37,360.37

### 3.25

**Nonpriority creditor's name and mailing address**

William Caton Welding

1406 9th St.

Eunice, NM 88231

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 135,396.28

### 3.26

**Nonpriority creditor's name and mailing address**

WTG Fuels, Inc.

P.O. Box 3514

Midland, TX 79702-3514

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,527.70

Debtor  San Gabriel Resources LLC
        _____
        Name

Case number (if known) 16-10433-tmd

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address**

2X Rentals, LLC

925 W. Winkler St.

Kermit, TX 79745

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    3,400.00

---

**3.28** | **Nonpriority creditor's name and mailing address**

Alvy's Logistics

2117 W. Airport Fwy, Suite 46

Irving, TX 75062-6070

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    305,737.09

---

**3.29** | **Nonpriority creditor's name and mailing address**

Armstrong Gas Labs, Inc.

P.O. Box 988

Monahans, TX 79756-0988

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    108.00

---

**3.30** | **Nonpriority creditor's name and mailing address**

Battle Energy Services

P.O. Box 7

Lovington, NM 88260-0007

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    47,436.00

---

**3.31** | **Nonpriority creditor's name and mailing address**

Blair Tool, LLC

P.O. Box 160

Hobbs, NM 88241-0160

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,786.18

---

Debtor _____Sand Castle Resources LLC_____ Case number *(if known)* __16-10433-tmd__
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address
Insource Insurance Group

5108 Wayland Dr.

Odessa, TX 79762-5513

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,167.10

---

**3.33** Nonpriority creditor's name and mailing address
Bruce Franks Rentals, LLC

P.O. Box 315

Lockhart, TX 78644-0315

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,841.25

---

**3.34** Nonpriority creditor's name and mailing address
CalTex Water LLC

5820 Manchester Ln.

San Angelo, TX 76901-5020

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,570.98

---

**3.35** Nonpriority creditor's name and mailing address
The Cavins Corporation

1800 Bering Dr., Suite 825

Houston, TX 77057-3415

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,031.31

---

**3.36** Nonpriority creditor's name and mailing address
CC's Cleaning Services

13730 Ella Lee Ln.

Houston, TX 77077-5407

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,800.00

---

Debtor ___San Gabriel Resources LLC_____ Case number _(if known)_ __16-10433-tmd__

Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.37** **Nonpriority creditor's name and mailing address**

Chad's Inspection Services

P.O. Box 13873

Odessa, TX 79768-3873

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,904.00

---

**3.38** **Nonpriority creditor's name and mailing address**

Chapman Services, Inc.

3006 Laurel Ave.

Odessa, TX 79762

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,952.29

---

**3.39** **Nonpriority creditor's name and mailing address**

Corrosion Ltd.

4321 S. County Road 1290

Odessa, TX 79765-9506

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,203.23

---

**3.40** **Nonpriority creditor's name and mailing address**

Delta P Petroleum  Services

P.O. Box 2079

Midland, TX 79702-2079

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 333,354.25

---

**3.41** **Nonpriority creditor's name and mailing address**

Derrick Corporation

590 Duke Road

Buffalo, NY 14225-5102

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,702.76

---

Debtor _____
        Name

Case number (if known) _____

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42** | **Nonpriority creditor's name and mailing address**

Diamond D Slickline Service

P.O. Box 216

Snyder, TX 79550-0216

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,582.48

---

**3.43** | **Nonpriority creditor's name and mailing address**

Double D Tong, Inc.

P.O. Box 69863

Odessa, TX 79769-0863

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56,147.50

---

**3.44** | **Nonpriority creditor's name and mailing address**

Down Hole Inspection

P.O. Box 274

Monahans, TX 79756-0274

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,447.45

---

**3.45** | **Nonpriority creditor's name and mailing address**

Ellison Fluid Calipers LLC

7 Casa Loma

Odessa, TX 79765-8954

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,425.42

---

**3.46** | **Nonpriority creditor's name and mailing address**

F&C Transports, Inc.

P.O. Box 1162

Monahans, TX 79756-1162

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,945.00

---

Debtor _____  Case number (if known) __16-10433-tmd__
          Name

---

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.47** | **Nonpriority creditor's name and mailing address**

Falcon Oilfield Services

5855 Sovereign Dr., Suite A

Houston, TX 77036-2337

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 152,940.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

Frac Tank Rentals LLC

P.O. Box 3946

Odessa, TX 79760-3946

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 364,317.51

---

**3.49** | **Nonpriority creditor's name and mailing address**

G & K Trucking, Inc.

P.O. Box 176

Midland, TX 79702-0176

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,750.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

G & W Trucking, Inc.

P.O. Box 163

Snyder, TX 79550-0163

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,204.82

---

**3.51** | **Nonpriority creditor's name and mailing address**

Gas Well Services, Inc.

26 E. Compress Road

Artesia, NM 88210-9215

**Date or dates debt was incurred** 12/2013 - 10/2014

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,500.00

---

Debtor  San Gabriel Resources LLC
_____
Name

Case number (if known)  16-10433-tmd
_____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.52**

**Nonpriority creditor's name and mailing address**

GE Oil & Gas Logging Services

13000 Executive Dr.

Sugar Land, TX 77478-4506

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,500.00

---

**3.53**

**Nonpriority creditor's name and mailing address**

GE Oil & Gas ESP, Inc.

P.O. Box 9950

Fort Myers, FL 33906-9550

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77,688.29

---

**3.54**

**Nonpriority creditor's name and mailing address**

Globe Production Services

8412 Wallisville Road

Houston, TX 77029-1112

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

---

**3.55**

**Nonpriority creditor's name and mailing address**

Gray Surface Specialties

3416 W. Wall St., Suite 102

Midland, TX 79701-6700

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,176.30

---

**3.56**

**Nonpriority creditor's name and mailing address**

Greenleaf Resources, inc.

P.O. Box 390

Monahans, TX 79756-0390

**Date or dates debt was incurred**  12/2013 - 10/2014

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 131,538.75

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Gyrodata Incorporated

23000 NW Lake Drive

Houston, TX 77095-5344

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 21,850.00

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Halliburton Energy Services

3000 N. Sam Houston Pkwy E

Houston, TX 77032-3299

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 111,419.32

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Hughes Oilfield

2513 N. Mercury Ave.

Odessa, TX 79763-1922

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 10,168.24

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Jan Electric LLC

402 Technology Dr.

Bastrop, TX 78602-4304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 7,278.12

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

JWL Well Services, Inc.

P.O. Box 9455

Midland, TX 79708-9455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 289,037.49

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor San Gabriel Resources LLC
_____
Name

Case number (if known) 16-10433-tmd

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.62** Nonpriority creditor's name and mailing address

J & W Services & Equipment

4113 Fairwood Dr.

Midland, TX 79707-14302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 241,556.42

Date or dates debt was incurred 12/2013 - 10/20141

Basis for the claim: Trade Debt

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

Grande Communications

500 Tittle Road, Suite 400

Lewisville, TX 75056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,642.29

Date or dates debt was incurred _____

Basis for the claim: Trade Debt

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address

Kel-Tech, Inc.

20333 Blinka Rd.

Waller, TX 77484-7221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,780.54

Date or dates debt was incurred 12/2013 - 10/2014

Basis for the claim: Trade Debt

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address

Leeson Energy Services, LLC

6901 E. Highway 80

Midland, TX 79706-4512

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115,619.32

Date or dates debt was incurred 12/2013 - 10/2014

Basis for the claim: Trade Debt

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.66** Nonpriority creditor's name and mailing address

Lewis Casing Crews, Inc.

P.O.Box 13747

Odessa, TX 79768-3747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,549.50

Date or dates debt was incurred 12/2013 - 10/2014

Basis for the claim: Trade Debt

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Sam Daniel Resources LLC_____  Case number _(if known)_ _16-10433-tmd_
Name

## Part 2: | Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.67** | **Nonpriority creditor's name and mailing address**

Liberty Bit Service, Inc.

P.O. Box 69709

Odessa, TX 79769-0709

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$     17,655.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

M & W Hot Oil, Inc.

P.O. Box 898

Pecos, TX 79772-0898

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$     15,976.23

---

**3.69** | **Nonpriority creditor's name and mailing address**

M3P Directional Services Ltd.

P.O. Box 2552
Midland, TX 79702-2552

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$     180,510.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

Mathena, inc.

601 Weir Way

fort Worth, TX 76108-2508

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$     35,334.26

---

**3.71** | **Nonpriority creditor's name and mailing address**

Mitchell Analytical Lab

2638 Faudree Rd.

Odessa, TX 79765-8538

**Date or dates debt was incurred**    12/2013 - 10/2014

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$     780.00

---

Debtor _____San Gabriel Resources LLC_____  Case number _(if known)___16-10433-tmd___
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

MKH Transportation, Inc.

P.O. Box 1362

Snyder, TX 79550-1362

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    80,000.00

---

**3.73** Nonpriority creditor's name and mailing address

Monahans Nipple-Up Service

700 N. Loop 464

Monahans, TX 79756

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    2,725.00

---

**3.74** Nonpriority creditor's name and mailing address

Oil Patch Water & Sewer

2407 E. Murphy St., Bldg. C

Odessa, TX

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    15,280.36

---

**3.75** Nonpriority creditor's name and mailing address

Oil Patch Rental Services, Inc.

2407 E. Murphy St., Bldg. C

Odessa, TX

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    92,026.06

---

**3.76** Nonpriority creditor's name and mailing address

Permian Equipment Rentals

P.O. Box 61730

Midland, TX 79711-1730

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    18,359.20

---

Debtor _____San Daniel Resources, LLC_____ Case number *(if known)* 16-10433-tmd
       Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.77** | **Nonpriority creditor's name and mailing address**

Permian Power Tong, Inc.

P.O. Box 625

Gardendale, TX 79758-0625

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,300.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

Precision Flow, Inc.

725 N. Avenue E

Odessa, TX 79763-3161

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 130.44

---

**3.79** | **Nonpriority creditor's name and mailing address**

Pro-Test, Inc.

454 FM 1252 E

Kilgore, TX 75662-0003

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,045.20

---

**3.80** | **Nonpriority creditor's name and mailing address**

Pro Welding LLC

2414 W. 49th St.

Odessa, TX 79764-3931

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,370.43

---

**3.81** | **Nonpriority creditor's name and mailing address**

Ralph's Welding

3728 W. Smith Ln.

Hobbs, NM 88240

Date or dates debt was incurred     12/2013 - 10/2014

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 967.88

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Sandridge Energy, Inc.          Case number *(if known)*   16-10433-tmd
      Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.82** Nonpriority creditor's name and mailing address

Renegade Torque and Test

156 Tri Boss

La Vernia, TX 78121

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$   3,510.00

---

**3.83** Nonpriority creditor's name and mailing address

RTO Sales & Leasing, Inc.

6931 E. Business 20

Odessa, TX 79762

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$   118,290.67

---

**3.84** Nonpriority creditor's name and mailing address

Sanjan Hot Shot & Transport

2626 Jon Ben Sheppard Pkwy

Odessa, TX 79761

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$   119,772.50

---

**3.85** Nonpriority creditor's name and mailing address

Scientific Drilling

325 Faudree Rd.

Odessa, TX 79765

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$   11,832.00

---

**3.86** Nonpriority creditor's name and mailing address

SK Supply Co.

1606 S. Regal Ave.

Odessa, TX 79763-5001

Date or dates debt was incurred   12/2013 - 10/2014

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$   9,790.14

---

Debtor _____  Case number _(if known)_ ___16-10433-tmd___
     Name

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

Smith Brothers Pipe

2707 E. Interstate 20

Midland, TX 79706

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    32,577.65

---

**3.88** | **Nonpriority creditor's name and mailing address**

Sooner Pipe, L.L.C.

401 S. Boston Ave., Suite 1000

Tulsa, OK 74103-4010

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    410,872.40

---

**3.89** | **Nonpriority creditor's name and mailing address**

Stabil Drill

2805 S. County Road 1207

Midland, TX 79706-3756

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    16,124.18

---

**3.90** | **Nonpriority creditor's name and mailing address**

Stoner Engineering LLC

1010 10th St., Suite 104

Golden, CO

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    3,600.00

---

**3.91** | **Nonpriority creditor's name and mailing address**

Suttles Logging, Inc.

P.O. Box 10725

Midland, TX 79702-7725

Date or dates debt was incurred    12/2013 - 10/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$    109,968.50

---

Debtor _____ Case number _(if known)_ _____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** **Nonpriority creditor's name and mailing address**

Tejas Hot Shot Service &

13808 W. Highway 80 E

Odessa, TX 79765-9300

Date or dates debt was incurred — 12/2013 - 10/2014

Last 4 digits of account number — __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 493.50

---

**3.93** **Nonpriority creditor's name and mailing address**

Thompson Laydown LLC

P.O. Box 70190

Odessa, TX 79769-1190

Date or dates debt was incurred — 12/2013 - 10/2014

Last 4 digits of account number — __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,890.00

---

**3.94** **Nonpriority creditor's name and mailing address**

Tops, Inc.

12614 West County Rd. 91

Midland, TX

Date or dates debt was incurred — 12/2013 - 10/2014

Last 4 digits of account number — __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,445.00

---

**3.95** **Nonpriority creditor's name and mailing address**

Tramco Services, Inc.

P.O. Box 13358

Odessa, TX 79768-3358

Date or dates debt was incurred — 12/2013 - 10/2014

Last 4 digits of account number — __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,775.00

---

**3.96** **Nonpriority creditor's name and mailing address**

Ulterra Drilling

420 Throckmorton St., Suite 1110

Fort Worth, TX 76102-3728

Date or dates debt was incurred — 12/2013 - 10/2014

Last 4 digits of account number — __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,959.68

---

Debtor _____   Case number *(if known)* _____
Baland or Resources, et al.                                                        16-10433-hcm
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

United Vision Logistics

3210 North FM 1936

Odessa, TX 79764

Date or dates debt was incurred       12/2013 - 10/2014

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 658.18

---

**3.98** | **Nonpriority creditor's name and mailing address**

Vaughn Energy Services

P.O. Box 261021

Corpus Christi, TX 78426-1021

Date or dates debt was incurred       12/2013 - 10/2014

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97,375.01

---

**3.99** | **Nonpriority creditor's name and mailing address**

Wadeco Specialties, Inc.

8115 W. Industrial Ave.

Midland, TX 79706

Date or dates debt was incurred       12/2013 - 10/2014

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,116.39

---

**3.100** | **Nonpriority creditor's name and mailing address**

Watson Packer

600 N. Big Springs St.

Midland, TX 79701-4329

Date or dates debt was incurred       12/2013 - 10/2014

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,154.19

---

**3.101** | **Nonpriority creditor's name and mailing address**

West Texas Gas, Inc.

211 N. Colorado St.

Midland, TX 79701-4607

Date or dates debt was incurred       12/2013 - 10/2014

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,518.24

---

Debtor _____San Gabriel Resources LLC_____
Name

Case number (if known) __16-10433-tmd__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** Nonpriority creditor's name and mailing address

LJA Hotshot Service

1407 W. 6th St.

Hobbs, NM 88240

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 619.00

---

**3.103** Nonpriority creditor's name and mailing address

Mendoza's Welding Service

P.O. Box 3588

Odessa, TX 79760-1388

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,360.00

---

**3.104** Nonpriority creditor's name and mailing address

Trans Pecos Trucking

2632 E. Pearl St.

Odessa, TX 79761

Date or dates debt was incurred  12/2013 - 10/2014

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 110,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) | 16-10433-tmd |
|---|---|---|---|
| | Name | | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | John Totz - Totz Ellison PC<br>2211 Norfolk, Suite 510<br>Houston, TX 77098 | Line 3.1<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Colton Johnson<br>316 S. 2nd Street<br>Albany, TX 76430 | Line 3.2<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Stewart McKeehan - Stewart McKeehan Attorney at Law, P.C.<br>617 E. 7th Street<br>Odessa, TX 79761 | Line 3.3<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | William T. Peckham and Julie A. Kuglen - Law Offices of William T. Peckham<br>1104 Nueces St., Suite 104<br>Austin, TX 78701 | Line 3.4<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Mark Threadgill - Threadgill Law Firm PLLC<br>3800 E. 42nd St., Suite 601<br>Odessa, TX 79762 | Line 3.5, 3.9 and 3.25<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Ryan J. McNeel - Brocket & McNeel LLP<br>Tgaar Tower, 24 Smith Road, Suite 400<br>Midland, TX 78705 | Line 3.6<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | William R. Sudela and Kendall M. Valenti - Crady, Jewett & McCulley LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 | Line 3.7<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Bryan D. Mackay - Atkins, Hollmann, Jones, Peacock, Lewis & Lyon<br>3800 E. 42nd St.<br>Odessa, TX 79762 | Line 3.8<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Moria Chapman - Strausburger Price<br>901 Main St., Suite 4400<br>Dallas, TX 75202 | Line 3.10<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Carl Dore, Jr, and R. Alex Weatherford - Dore Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084 | Line 3.11<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Marc R. May - Woods, May & Matlock, P.C.<br>2500 Legacy Drive, Suite 226<br>Frisco, TX 75034 | Line 3.12 and 3.16<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | William C. Boyd - Patterson, Boyd & Lowery, P.C.<br>2101 Louisiana St.<br>Houston, TX 77002 | Line 3.13<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | San Gabriel Resources L.L.C. | Case number (if known) | 16-10433-tmd |
|---|---|---|---|
| | Name | | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | George L. Thompson, III - Thompson & Kerby Law Offices<br>P.O. Box 65150<br>Lubbock, TX 79464 | Line 3.14<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.13 | Roddy Harrison<br>P.O. Box 1908<br>Pecos, TX 79772 | Line 3.15<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.14 | Holly C. Hamm - Snow Spence Green LLP<br>2929 Allen Pkwy., Suite 2800<br>Houston, TX 77019 | Line 3.17, 3.18, 13.21 and 3.22<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.15 | Vance P. Freeman - Freeman Mills PC<br>2020 Bill Owens Pkwy., Suite 200<br>Longview, TX 75604 | Line 3.19<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.16 | Michael G. Kelly - Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | Line ____<br>☑ Not listed. Explain Notice Only | __ __ __ __ |
| 4.17 | Koy R. Kllen and DaNae Couch - Lovelace Kellen, P.L.L.C.<br>104 South Main St.<br>Burleson, TX 76028 | Line 3.23<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.18 | Jason B. Hamm - Brockett & McNeel, LLP<br>24 Smith Road, Suite 400 - P.O. Box 1841<br>Midland, TX 79705 | Line 3.24<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.19 | G. Will Fowler - G. William Fowler, P.C.<br>3800 E. 42nd St., Suite 600<br>Odessa, TX 79762 | Line 3.26<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.20 | Tejas Bank<br>P.O. Box 140<br>Monahans, TX 79756 | Line ____<br>☑ Not listed. Explain Notice Only | __ __ __ __ |
| 4.21 | Michael Peralta<br>317 S. Brand Blvd.<br>Glendale, CA 91204 | Line 3.96<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.22 | Geoffrey C. Price - Law Office of Geoffrey C. Price<br>6010 Balcones Drive, Suite 100<br>Austin, TX 78731 | Line 3.41<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.23 | Jason Michael Rosado - Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Rd., Suite 500<br>Houston, TX 77057 | Line 3.56<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.24 | Eric Bates - Adams, London & Weiss LLC<br>P.O. Box 37428<br>Houston, Texas 77237-0428 | Line 3.59<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.25 | James E. Atwood - Atwood & McCall, PLLC<br>4144 N. Central Expressway, Suite 910<br>Dallas, TX 75204 | Line 3.56<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____ Oil & Gas Natural Resources, LLC _____  Case number _(if known)_ __16-10433-tmd__

Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.26 Darrell W. Corzine - Kelly, Morgan, Dennis, Corzine & Hanson, P.C. P.O. Box 1311 Odessa, TX 79760 | Line 3.86 & 3.40 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.27 Richard J. Judge, Jr. - Ward Law Firm 10077 Grogan's Mill Road, Suite 450 The Woodlands, TX 77380 | Line 3.69 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.28 Lisa R. Aquino - Dore Law Group, P.C. 17171 Park Row, Suite 160 Houston, TX 77084 | Line 3.70 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.29 Mark A. Padon - LeclairRyan 1233 West Loop S. #100 Houston, TX 77027 | Line 3.74 & 3.75 ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    San Gabriel Resources L.L.C.
          Name

Case number (if known)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 11,672,446.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,672,446.30 |

**Fill in this information to identify the case:**

Debtor name _San Gabriel Resources L.L.C._____

United States Bankruptcy Court for the: __Western____ District of __Texas____
(State)

Case number (If known): __16-10433-tmd_____

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................  $ __0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................  $ __11,486,059.40__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................  $ __11,486,059.40__

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ __0.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of *Schedule E/F*............................................  $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................  + $ __11,672,446.30__

4. **Total liabilities**...........................................................................................  $ __11,672,446.30__
   Lines 2 + 3a + 3b

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____DIVISION**

In Re:                 §      Case No. _____
                           §
                           §
                           §      **Chapter _____**
     _____     §

**LIST OF CREDITORS VERIFICATION**

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____     _____

    Steven Foy
    President, San Gabriel Resources LLC                 Date

_____     _____

Joint Debtor                                      Date

## AMENDED MATRIX

### PARTIES ADDED

Grande Communications
500 Tittle Road, Suite 400
Lewisville, TX 75056

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

### PARTIES DELETED

JWL Well Services, Inc.
C/o Robert K. Whitt
3300 N. A St., Bldg. 2-101
Midland, TX 79705-5436

Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX 76102-3194

### ADDRESS CHANGES TO EXISTING PARTIES

Anderson Perforating, Ltd.
C/o Colton Johnson
P.O. Box 2169
Albany, TX 76430

LJA Hotshot Service
1407 W. Lea St.
Hobbs, NM 88240

Renegade Torque and Test
2303 Willow Pass Dr.
Kingwood, TX 77339

RTO Sales & Leasing, Inc.
1200 South John Ben Shepherd Pkwy
Odessa, TX 79766

Smith International, Inc.
16740 Hardy Rd.
Houston, TX 77032-1125

Smith International, Inc.
C/o Holly C. Hamm
Snow Spence Green LLP
2929 Allen Pkwy., Suite 2800
Houston, TX 77019

Terratek d/b/a Terratek, Inc.
100 Gillingham Ln.
Sugar Land, TX 77478

Thomas Energy Services, LLC d/b/a Thomas Tool, LLC
1310 Rankin Road
Houston, TX 77073

Wadeco Specialties, Inc. d/b/a Wadeco Energy Specialties Inc.
8115 W. Industrial Ave.
Midland, TX 79706